

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2014

No. 04-14-00338-CR

Benny Cavazos **VALVERDE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3980
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due on August 11, 2014.  Appellant's appointed counsel, Mr. Dean Diachin, has been granted two previous extensions, the latest until October 10, 2014. On October 9, 2014, Mr. Diachin filed his third request for an extension.  The motion is GRANTED, and Mr. Diachin is hereby ORDERED to file appellant's brief <u>no later than November 10, 2014</u>.  **NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court